UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |  | |
|---|---|---|---|
| COURTNEY WAYNE WALDEN, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| v. | ) | Nos: | 3:10-cr-110 |
| | ) | | 3:13-cv-647 |
| UNITED STATES OF AMERICA, | ) | | (VARLAN/GUYTON) |
| | ) | | |
| Respondent. | ) | | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, petitioner's motions to modify sentence are **DENIED**. Petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close the civil file.

**E N T E R :**

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

 s/ *Debra C. Poplin* 
 CLERK OF COURT